**JAY S. ROTHMAN & ASSOCIATES**
Jay S. Rothman
21900 Burbank Boulevard, Suite 210
Woodland Hills, California 91367
Tel: (818) 986-7870
Fax: (818) 990-3019
lawyers@jayrothmanlaw.com

Attorney for Plaintiff
KAYLYNN NORWOOD

**LTL ATTORNEYS LLP**
Patricia A. Kinaga (CA Bar No. 126845)
 patricia.kinaga@ltlattorneys.com
Thy B. Bui (CA Bar No. 256383)
 thy.bui@ltlattorneys.com
Lisa Yumi Mitchell (CA Bar No. 311407)
 lisayumi.mitchell@ltlattorneys.com
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Defendant Wal-Mart Stores, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| KAYLYNN NORWOOD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: CV 17-783-GW(JCx)<br><br>Assigned to the Hon. George H. Wu<br><br>**ORDER OF DISMISSAL**<br><br>Action Filed: January 3, 2017<br>Removal Date: January 31, 2017<br>Trial Date: January 16, 2018 |

# **ORDER**

Upon stipulation of Plaintiff KAYLYNN NORWOOD and Defendant WAL-MART STORES, INC. and GOOD CAUSE APPEARING:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kaylynn Norwood dismisses all of the claims she has made against Defendant Wal-Mart Store, Inc. in connection with the above-captioned matter with prejudice.
2. The above-caption action is therefore dismissed in its entirety.
3. Plaintiff and Defendant shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: August 24, 2017_____    _____
GEORGE H. WU, U.S. District Judge